HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00171-TLN |
| Plaintiff-Appellee, | **STIPULATION TO EXTEND FILING DEADLINES; ORDER** |
| vs. | |
| AUSTIN WRIGHT, | Hon. Troy L. Nunley |
| Defendant-Appellant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff-appellee, and Assistant Federal Defender Erin Snider, counsel for Austin Wright, that the Court may extend the filing deadlines set forth in the Court's standard briefing schedule and continue the previously scheduled hearing from November 13, 2025, to January 22, 2026, at 9:30 a.m.

Pursuant to the standard briefing schedule, appellant's opening brief is due October 7, 2025; appellee's answering brief is due October 28, 2025; and appellant's reply brief is due November 4, 2025. Counsel for appellant requires additional time to draft her opening brief due to previously scheduled leave and several upcoming sentencing hearings requiring extensive mitigation investigation. Counsel for appellee likewise has several upcoming deadlines and a jury trial scheduled to begin November 4, 2025. To ensure that each party has sufficient time to draft their briefs, the parties jointly request that the Court modify the briefing schedule as

follows: appellant's opening brief is due November 7, 2025; appellee's opening brief is due December 19, 2025; and appellant's reply brief is due January 9, 2026. The parties further request that the Court continue the hearing currently scheduled for November 13, 2025, to January 22, 2026, at 9:30 a.m.

**IT IS SO STIPULATED**.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 19, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 19, 2025

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AUSTIN WRIGHT

# O R D E R

**IT IS SO ORDERED.** Appellant's opening brief is due November 7, 2025; appellee's opening brief is due December 19, 2025; and appellant's reply brief is due January 9, 2026. The hearing currently scheduled for November 13, 2025, is hereby continued to January 22, 2026, at 9:30 a.m.

Date: September 19, 2025

Troy L. Nunley
Chief United States District Judge