ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00171-TLN |
| Plaintiff-Appellee, | |
| v. | STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER |
| AUSTIN WRIGHT, | |
| Defendant-Appellant. | |

    Defendant-Appellant Austin Wright ("Defendant") and the United States of America ("United States") stipulate and request that the Court modify the current briefing schedule.

    There is good cause for modifying the schedule. Since the granting of the initial extension of the filing deadlines, undersigned counsel for the United States has been assigned several immigration cases requiring briefing, including those due this week and early next week. Given those deadlines and the upcoming holiday season, the parties request a short two-week extension on all existing deadlines, as detailed below.

| | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| Government's Answering Brief | 12/19/25 | 1/3/26 |
| Defendant's Reply Brief | 1/09/26 | 1/23/26 |
| Oral Argument/Hearing | 1/22/26 at 9:30 a.m. | 2/05/26 at 9:30 a.m. |

**STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The current briefing schedule may be modified by a two-week extension on all deadlines as detailed below.

|  | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| Government's Answering Brief | 12/19/25 | 1/3/26 |
| Defendant's Reply Brief | 1/09/26 | 1/23/26 |
| Oral Argument/Hearing | 1/22/26 at 9:30 a.m. | 2/05/26 at 9:30 a.m. |

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: December 15, 2025

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 15, 2025

*/s/ Erin Snider.*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AUSTIN WRIGHT

**O R D E R**

IT IS HEREBY ORDERED that the current briefing schedule be modified to extend each current deadline by two weeks. The Government's answering brief will be due on January 3, 2026. Defendant's reply brief, if any, will be due January 23, 2026. Oral Argument will be scheduled for February 5, 2026, at 9:30 a.m.

DATED: December 16, 2025

Troy L. Nunley
Chief United States District Judge