HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00171-TLN |
| Plaintiff-Appellee, | **STIPULATION TO EXTEND DEADLINE FOR REPLY BRIEF; ORDER** |
| vs. | Hon. Troy L. Nunley |
| AUSTIN WRIGHT, | |
| Defendant-Appellant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff-appellee, and Assistant Federal Defender Erin Snider, counsel for Austin Wright, that the Court may extend the deadline for Mr. Wright's reply brief from January 23, 2026, to January 29, 2026, and continue the oral argument currently scheduled for February 5, 2026, to February 12, 2026, at 9:30 a.m.

Good cause exists to extend the deadline. Shortly after the Court granted the government's request to extend the deadline for its answering brief, defense counsel experienced unforeseen work obligations, including the need for immediate litigation on a new case. Counsel for the government does not object to the extended deadline, and both parties are available for oral argument on February 12, 2026.

/ / /

**IT IS SO STIPULATED**.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 22, 2026

/s/ Chan Hee Chu
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2026

/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AUSTIN WRIGHT

# O R D E R

**IT IS SO ORDERED.** Appellant's reply brief is due January 29, 2026. The oral argument currently scheduled for February 5, 2026, is hereby continued to February 12, 2026, at 9:30 a.m.

Date: January 22, 2026

_____
Troy L. Nunley
Chief United States District Judge

Wright – Stipulation to Extend Deadline for Filing Reply Brief

2